## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

| | |
|---|---|
| COMMONWEALTH BRANDS, INC.; CONWOOD COMPANY, LLC; DISCOUNT TOBACCO CITY & LOTTERY, INC.; LORILLARD TOBACCO COMPANY; NATIONAL TOBACCO COMPANY, L.P.; and R. J. REYNOLDS TOBACCO COMPANY,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES FOOD AND DRUG ADMINISTRATION; MARGARET HAMBURG, Commissioner of the United States Food and Drug Administration; and KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br><br>        Defendants. | CIVIL ACTION NO. 1:09-cv-117-M<br><br>(Electronically Filed) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT CORN-REVERE

Amici American Association of Advertising Agencies, American Advertising Federation, and Association of National Advertisers (collectively, the "Advertising Amici"), by counsel, hereby move the Court for admission *pro hac vice* of Robert Corn-Revere of the law firm of Davis Wright Tremaine LLP, 1919 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006, as co-counsel in this action. Robert Corn-Revere is a member in good standing of the District of Columbia Bar and is admitted to practice before the Courts of the District of Columbia. The Advertising Amici have requested that Robert Corn-Revere be admitted to the bar of this Court *pro hac vice* on their behalf. Attached as Exhibit A is the Affidavit of Robert Corn-Revere in support of this Motion.

        Respectfully submitted,

        /s/ Joe Bill Campbell
        Law Offices of Joe Bill Campbell
        1011 Lehman Ave, Suite 105
        Bowling Green, Kentucky 42103-6515
        Phone: 270-782-8228
        Email:  campbelljoebill@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 17th day of November, 2009, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Robert Corn-Revere was served electronically via the Court's ECF upon the following: Charles E. English , Jr., Charles E. English, Sr., D. Gaines Penn, E. Kenly Ames, Philip J. Perry, Scott J. Ballenger, Latham & Watkins, Andrew Edward Clark, Donald B. Ayer ,Geoffrey K. Beach, Noel J. Francisco, Robert F. McDermott, Jr., Jones Day, Eugene M.Thirolf, Leon F. DeJulius , Jr. Karen Schifter, Michael D. Ekman, William F. Campbell, Floyd Abrams, Joel Kurtzberg, Kayvan Sadeghi, LeAnne Moore, Allison M. Zieve, Jennifer A. Moore

        /s/  Joe Bill Campbell
        Joe Bill Campbell