UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

---

COMMONWEALTH BRANDS, INC.;
CONWOOD COMPANY, LLC; DISCOUNT
TOBACCO CITY & LOTTERY, INC.;
LORILLARD TOBACCO COMPANY;
NATIONAL TOBACCO, L.P.; and
R.J. REYNOLDS TOBACCO COMPANY,

               **Plaintiffs,**

v.

UNITED STATES OF AMERICA;
UNITED STATES FOOD AND DRUG
ADMINISTRATION; MARGARET HAMBURG,
Commissioner of the United States
Food and Drug Administration; and
KATHLEEN SEBELIUS, Secretary of the
United States Department of Health
and Human Services,

               **Defendants.**

Civil Action
No. 1:09CV-117-M

(Electronically Filed)

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons set out in the accompanying memorandum, defendants respectfully move this Court for summary judgment and request that the Amended Complaint (dkt. no. 33) be dismissed in its entirety.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CANDACE G. HILL<br> United States Attorney | MARK B. STERN<br>ALISA B. KLEIN<br>MARK R. FREEMAN |
| ANN M. RAVEL<br> Deputy Assistant Attorney General | SARANG V. DAMLE<br>SAMANTHA L. CHAIFETZ<br>NICHOLAS J. BAGLEY |
| BETH S. BRINKMANN<br> Deputy Assistant Attorney General | DANIEL TENNY<br>BENJAMIN S. KINGSLEY<br> /s/ Alisa B. Klein |
| EUGENE M. THIROLF<br> Director, Office of Consumer Litigation | Appellate Staff, Civil Division<br>Department of Justice<br>950 Pennsylvania Ave., N.W., Room 7235 |
| WILLIAM F. CAMPBELL<br>MICHAEL D. EKMAN<br> Assistant U.S. Attorney<br>510 W. Broadway, 10th Floor<br>Louisville, KY 40202<br>Telephone:  (502) 625-7102<br>Fax:  (502) 625-7110 | Washington, D.C. 20530<br>Telephone: (202) 514-1597<br>Fax:  (202) 514-8151<br><br>ANDREW E. CLARK<br>DANIEL K. CRANE-HIRSCH<br>JESSICA R. GUNDER<br>JAMES T.  NELSON<br>JOEL D. SCHWARTZ<br>Office of Consumer Litigation<br>Department of Justice, Civil Division<br>P.O. Box 386<br>Washington, D.C.  20044<br>Telephone: (202) 307-0067<br>Fax: (202) 514-8742 |

ATTORNEYS FOR THE DEFENDANTS

OF COUNSEL:

|  |  |
|---|---|
| DAVID S. CADE<br> Acting General Counsel | KAREN E. SCHIFTER<br> Associate Chief Counsel, Litigation<br> Department of Health & Human Services |
| MICHAEL M. LANDA<br> Acting Associate General Counsel<br> Food and Drug Division | Office of the General Counsel<br> 5600 Fishers Lane<br> Rockville, MD  20857 |
| ERIC M. BLUMBERG<br> Deputy Chief Counsel, Litigation |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2009, the foregoing document was served electronically upon the Court and upon the following:

Charles E. English, Sr. – charles@elpolaw.com, mmcgrath@elpolaw.com

Charles E. English, Jr. – buzz@elpolaw.com, melissa@elpolaw.com

D. Gaines Penn – gaines@elpolaw.com, JBM@elpolaw.com

Jennifer A. Moore – JMoore@gminjurylaw.com

E. Kenly Ames – kames@elpolaw.com, jmckinney@elpolaw.com

Donald B. Ayer – dbayer@jonesday.com

Geoffrey K. Beach – gkbeach@jonesday.com

Leon F. DeJulius, Jr. – lfdejulius@jonesday.com

Noel J. Francisco – njfrancisco@jonesday.com

Floyd Abrams – fabrams@cahill.com

Joel Kurtzberg – jkurtzberg@cahill.com

Philip J. Perry – philip.perry@lw.com

LeAnne Moore – leanne@crunet.com

Allison M. Zieve – azieve@citizen.org

Joe Bill Campbell – campbelljoebill@bellsouth.net, heather_jbc@bellsouth.net

/s/ Alisa B. Klein
ALISA B. KLEIN
Attorney for the Defendants