**ADDENDUM A**

## GLOSSARY OF SOURCES

**11/13/09 SUBMISSION**
**VOLUME/TAB**

Biener, L. & Siegel, M., "Tobacco Marketing and Adolescent Smoking: More
    Support for a Causal Inference," American Journal of Public Health,
    vol. 90, no. 3, pp. 407-411 (2000). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29/96

Foulds, J. & Furberg, H., "Is low-nicotine Marlboro snus really snus?," Harm
    Reduction Journal, vol. 5:9 (2008). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26/54

Henningfield, J.E. (slides), "Smokeless Tobacco: True Risks, New Challenges, and
    Opportunities" (Sept 21, 2009; 5th National Summit on Smokeless and Spit
    Tobacco, Madison, WI). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26/52

Institute of Medicine, "Ending the Tobacco Problem: A Blueprint for the Nation" (2007)
    ("2007 IOM Report"). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13/16

Institute of Medicine, "Growing Up Tobacco Free: Preventing Nicotine Addiction in
    Children and Youths" (1994) ("1994 IOM Report"). . . . . . . . . . . . . . . . . . . . . . . . 15/19

International Agency for Research on Cancer, Vol. 89, "Smokeless tobacco and some
    tobacco-specific N-nitrosamines" (2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25/46

Morrison, M.A., et al., "Inhaling and Accelerating: Tobacco Motor Sports Sponsorship
    In Televised Auto Races, 2000-2002," Sports Marketing Quarterly, vol. 15,
    pp. 7-19 (2006).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28/88

National Cancer Institute, "The Role of the Media in Promoting and Reducing Tobacco
    Use" (2008) ("2008 NCI Report"). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15/20

National Cancer Institute, "Changing Adolescent Smoking Prevalence" (2001). . . . . . . . . 17/22

National Cancer Institute, "Smokeless Tobacco or Health: An International
    Perspective" (1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21/29

Peters, E., et al., "The impact and acceptability of Canadian-style cigarette warning
    labels among U.S. smokers and nonsmokers," Nicotine & Tobacco Research,
    vol. 9, no. 4, pp. 473-481 (Apr. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30/116

A1

President's Cancer Panel, Annual Report, "Promoting Healthy Lifestyles: Policy, Program, and Personal Recommendations for Reducing Cancer Risk" (2007) ("2007 President's Cancer Panel Report").................................... 24/43

Siegel, M., "Counteracting Tobacco Motor Sports Sponsorship as a Promotional Tool: Is the Tobacco Settlement Enough?," American Journal of Public Health, vol. 91, no. 7, pp. 1100-1106 (July 2001)......................................... 29/93

Surgeon General's Report, "The Health Consequences of Involuntary Exposure to Tobacco Smoke" (2006) ("2006 Surgeon General's Report") .................... 1/1

Surgeon General's Report, "The Health Consequences of Smoking" (2004) ("2004 Surgeon General's Report").................................................. 2/2

Surgeon General's Report, "Preventing Tobacco Use Among Young People" (1994) ("1994 Surgeon General's Report")......................................... 6/6

Surgeon General's Report, "The Health Consequences of Using Smokeless Tobacco" (1986) ("1986 Surgeon General's Report")................................. 11/13

World Health Organization, WHO Framework Convention on Tobacco Control, Geneva, Switzerland (2003)........................................... 24/44

A2