UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:09-CV-117-M

COMMONWEALTH BRANDS, INC.;
CONWOOD COMPANY, LLC; DISCOUNT
TOBACCO CITY AND LOTTERY, INC.;
LORILLARD TOBACCO COMPANY;
NATIONAL TOBACCO COMPANY, L.P.; and
R. J. REYNOLDS TOBACCO COMPANY                                    PLAINTIFFS

V.

UNITED STATES OF AMERICA; UNITED
STATES FOOD AND DRUG
ADMINISTRATION; MARGARET
HAMBURG, Commissioner of the United States
Food and Drug Administration; and KATHLEEN
SEBELIUS, Secretary of the United States
Department of Health and Human Services                            DEFENDANTS

## ORDER

Defendants United States of America, United States Food and Drug Administration, Margaret Hamburg, and Kathleen Sebelius having moved the Court to alter or amend its order and judgment, and the Court, having reviewed the matter, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. The conclusion of the Court's Memorandum Opinion and Order entered January 5, 2010, is **HEREBY AMENDED** as follows:

1

"The Plaintiffs' motion is **GRANTED** as to the ban on color and graphics in labels and advertising, Pub. L. No. 111-31, § 102(a)(2) (adopting 21 C.F.R. § 897.32(a) (1997)), and the ban on claims implying that a tobacco product is safer because of FDA regulation, 21 U.S.C. § 331(tt)(4). It is **DENIED** in all other respects. The Defendants' motion for summary judgment is, respectively, **GRANTED IN PART** and **DENIED IN PART**. It is **DENIED** as to Pub. L. No. 111-31, § 102(a)(2) (adopting 21 C.F.R. § 897.32(a) (1997)), and 21 U.S.C. § 331(tt)(4). It is **GRANTED** in all other respects.

**IT IS FURTHER ORDERED** that the Defendants United States of America; United States Food and Drug Administration; Margaret Hamburg, Commissioner of the United States Food and Drug Administration; and Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, are permanently enjoined from enforcing 21 C.F.R. § 897.32(a) (1997) (to be reissued pursuant to Pub. L. No. 111-31, § 102(a)(2)) and 21 U.S.C. § 331(tt)(4)."

**IT IS FURTHER ORDERED** that the judgment entered on January 5, 2010, is **HEREBY VACATED**. A new judgment will be entered consistent with this Opinion.

cc. Counsel of Record